McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
Ellinor R. Coder
Special Assistant United States Attorney
Assistant Regional Counsel
Social Security Administration, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 977-8955
Fax: (415) 744-0134
E-mail: ellinor.coder@ssa.gov
Attorneys for Defendant

Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9700
info@jonathanpena.com
Attorney for Plaintiff, Mcarmela Tristan Reyna

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Mcarmela Tristan Reyna,<br><br>    Plaintiff,<br><br>    v.<br><br>Andrew Saul, Commissioner of Social Security,<br><br>    Defendant. | Case No.  1;19-cv-01586<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d) |

TO THE HONORABLE BARBARA A. MCAULIFFE , MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of TWO THOUSAND ONE HUNDRED AND FOURTEEN DOLLARS AND 25/100 ($2,114.25) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment TWO THOUSAND ONE HUNDRED AND FOURTEEN DOLLARS AND 25/100  ($2,114.25) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and

Plaintiff's attorney, Jonathan O. Peña and / or Peña & Bromberg, PLC, may have relating to EAJA attorney fees in connection with this action.

    This award is without prejudice to the rights of Plaintiff's attorney and / or Peña & Bromberg, PLC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

                                  Respectfully submitted,

Dated: June 26, 2020         /s/ *Jonathan O. Peña*
                                      JONATHAN O. PEÑA
                                      Attorney for Plaintiff

Dated: June 26, 2020         McGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                              By: _*_*Ellinor R. Coder*
                                    Ellinor R. Coder
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant
                                    (*Permission to use electronic signature obtained via email on June 26, 2020).

## ORDER

Based upon the parties' stipulation, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2412, fees in the amount of two thousand one hundred fourteen dollars and twenty-five cents ($2,114.25) be awarded subject to the terms of the Stipulation.
IT IS SO ORDERED.

Dated: **June 29, 2020**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE